UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARINIUSHA BRAVO,

    Plaintiff,                                      CASE NO. 8:21-cv-01827

v.

FANATICS RETAIL GROUP
FULLFILLMENT, LLC,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on February 10, 2022, in person, in Tampa, Florida, and the results of that conference are indicated below:

All individual parties and their respective trial counsel participated in the mediation conference. The mediation resulted in a settlement.

DATED this 14th day of February 2022.
By:

**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
E-mail: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**

_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Email: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR